AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

### DISTRICT OF

*filed in open court*

## APPEARANCE

Case Number: _04- 1509- CBS_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_JOSE MELO_

I certify that I am admitted to practice in this court.

_7 bbcay_
Date

Signature

_STEPHEN NEYMAN_                          _55750_
Print Name                                Bar Number

_160 State St, FL F_
Address

_Boston,        MA        02109-2512_
City              State        Zip Code

_(617-263-6800_                          _(617-227-0100_
Phone Number                              Fax Number