UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MAGISTRATE NO. 04-1809-CBS |
| ) | |
| JOSE MELO ) | |

<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Undersigned counsel moves to withdraw her appearance in this case because defendant has retained private counsel. Counsel further requests that she be removed from the list of attorneys receiving notice of activities in this case.

/s/ Catherine K. Byrne

Catherine K. Byrne
   B.B.O. #543838
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061