kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

10.  The defendant JARED KNOWLTON is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

13.  The defendant JAMES GARDNER is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

A TRUE BILL


_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS; September 22, 2004.


Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04
@ 12:25 pm


-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

04 CR 10288 SNG

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester                **Related Case Information:**

**County** Essex                Superseding Ind./ Inf. _____ Case No. _____
                               Same Defendant _____ New Defendant _____
                               Magistrate Judge Case Number  04-MJ-01809-CBS_____
                               Search Warrant Case Number  _____
                               R 20/R 40 from District of  _____

**Defendant Information:**

**Defendant Name**  Espinola, Carlos          Juvenile  ☐ Yes  ☒ No

**Alias Name**  _____

**Address**   63 Endicott Street, Peabody, Massachusetts

**Birth date (Year only):**  1977  **SSN (last 4 #):**  3506  **Sex** M  **Race:**  W          **Nationality:** _____

**Defense Counsel if known:**  Bradford E. Keene          **Address:** 220 Broadway, Suite 402
                                                              Lynnfield, MA 01940

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin          **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No          **List language and/or dialect:**  _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**  06/30/04

☒ **Already in Federal Custody as**  of 06/30/04          in  Boston, MA          .
☐ **Already in State Custody**  _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Espinola, Carlos _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet** 04 CR 1 0 2 8 8 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** _Peabody_          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Peabody_

**County** _Essex_

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    _04-MJ-01809-CBS_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** _Jose F. Melo_          Juvenile  ☐ Yes  ☒ No

**Alias Name** _Jose Mello_

**Address** _20 Tracey Street, Apt. 1, Peabody, MA_

**Birth date (Year only):** _1976_  **SSN (last 4 #):** _3506_  **Sex** _M_  **Race:** _W_          **Nationality:** _____

**Defense Counsel if known:** _Stephen Neyman_          **Address:** _160 State Street, 8th Floor_
                                                                          _Boston, MA  01209_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _David G. Tobin_          **Bar Number if applicable** _552558_

**Interpreter:** ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:** _06/30/04_

☒ **Already in Federal Custody as** _of 06/30/04_ in _Boston, MA_ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:  Ordered by** _____ on _____

**Charging Document:** ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony** _3_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _09/22/04_          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jose F. Melo _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/03)

## Criminal Case Cover Sheet                        U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester                  **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____    Case No. _____
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number   04-MJ-01809-CBS
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Joseph Baldassano          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   220 Washington Street, Gloucester, MA

Birth date (Year only):  1981  SSN (last 4 #):  9858  Sex  M  Race:   W          Nationality: _____

**Defense Counsel if known:**   Elliot M. Weinstein     **Address:** 228 Lewis Wharf
                                                                    Boston, MA  02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   David G. Tobin          **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**     ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☒ **Already in Federal Custody as**   of 06/30/04          in   Boston, MA          .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   4

**Continue on Page 2 for Entry of U.S.C. Citations**

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   Joseph Baldassano _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1028 CNS U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester   **Category No.** II   **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Matthew Cream   Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   16 Harrison Avenue, Gloucester, MA

Birth date (Year only): 1981   SSN (last 4 #): 7776   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:** Bruce G. Linson   **Address:** 220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin   **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by CBS   on 07/23/04

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1 0288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Gloucester          **Category No.** II          **Investigating Agency** DEA

**City**   Gloucester                    **Related Case Information:**

**County**   Essex                    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jason Matthews                    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    57 Prospect Street, Apt. 1, Gloucester, MA

Birth date (Year only):   1980   SSN (last 4 #):   4102   Sex  M   Race:   W          Nationality: _____

**Defense Counsel if known:**    Richard M. Welsh          **Address:**  80 Worcester Street, Suite 5
North Grafton, MA 01536

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin                    **Bar Number if applicable**   552558

**Interpreter:**    ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes   ☒ No

☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   07/02/04

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial

☒ On Pretrial Release:    Ordered by  CBS          on   07/12/04

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jason Matthews _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| **Set 1**  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| **Set 2**  21 USC § 853 | Forfeiture Allegation | |
| **Set 3** | | |
| **Set 4** | | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    01CR  10288 NG    **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__    Category No. __II__    Investigating Agency __DEA__

City __Gloucester__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Allen__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __8 Reservoir Road, Gloucester, MA__

Birth date (Year only): __1978__ SSN (last 4 #): __2491__ Sex __M__ Race: __W__ Nationality: _____

Defense Counsel if known: __James L. Sultan__    Address: __1 Commercial Wharf North__
__Boston, MA  02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__    Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __07/02/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __RWZ__ on __08/09/04__

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/22/04__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Joseph Allen _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/19/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City  Gloucester                       **Related Case Information:**

County  Essex                          Superseding Ind./ Inf.  _____   Case No.  _____
                                       Same Defendant  _____  New Defendant  _____
                                       Magistrate Judge Case Number  04-MJ-01809-CBS
                                       Search Warrant Case Number  _____
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Keith Behsman                    Juvenile  [ ] Yes  [X] No

Alias Name  _____

Address  40 Sarah Avenue, Lowell, Massachusetts

Birth date (Year only):  1978  SSN (last 4 #):  4464  Sex  M  Race:  B          Nationality:  _____

**Defense Counsel if known:**  Michael C. Bourbeau       **Address:**  21 Union Street
                                                                       Boston, MA  02108

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA  David G. Tobin                    **Bar Number if applicable**  552558

**Interpreter:**  [ ] Yes  [X] No       **List language and/or dialect:**  _____

**Matter to be SEALED:**  [ ] Yes  [X] No

          [ ] Warrant Requested        [ ] Regular Process        [X] In Custody

**Location Status:**

**Arrest Date:**  06/30/04

[X] Already in Federal Custody as  of 06/30/04          in  Boston, MA          .
[ ] Already in State Custody  _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by  _____  on  _____

**Charging Document:**  [ ] Complaint   [ ] Information   [X] Indictment

**Total # of Counts:**  [ ] Petty  _____   [ ] Misdemeanor  _____   [X] Felony  9

**Continue on Page 2 for Entry of U.S.C. Citations**

[ ]      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**  09/22/04                     **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Keith Behsman _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

04 CR 10288 RWZ

Place of Offense: __Peabody__        Category No. __II__        Investigating Agency __DEA__

City __Peabody__                    **Related Case Information:**

County __Essex__            Superseding Ind./ Inf. _____    Case No. _____
                           Same Defendant _____  New Defendant _____
                           Magistrate Judge Case Number  __04-MJ-01809-CBS__
                           Search Warrant Case Number _____
                           R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jonathan Mitchell__                Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __5 Exchange Street, Gloucester, MA__

Birth date (Year only): __1979__ SSN (last 4 #): __7923__ Sex __M__ Race: __W__    Nationality: _____

**Defense Counsel if known:** __Edward J. O'Reilly__        **Address:** __46 Middle Street, 2nd Floor__
                                                                        __Gloucester, MA  01930__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__                Bar Number if applicable __552558__

Interpreter:    ☐ Yes ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ Warrant Requested    ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** __06/30/04__

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __CBS__        on __07/02/04__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** 09/22/04        Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 3/15/00)

04 CR 1 0 2 8 8 NG

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City   Gloucester                    **Related Case Information:**

County   Essex              Superseding Ind./ Inf.  _____      Case No.  _____
                           Same Defendant  _____   New Defendant  _____
                           Magistrate Judge Case Number   04-MJ-01809-CBS
                           Search Warrant Case Number  _____
                           R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   James R. Gardner              Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address   14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only):  1978   SSN (last 4 #):  7752  Sex  M  Race:  W          Nationality:  _____

**Defense Counsel if known:**   Theodore W. Beauparlant     **Address:**  166 Kenoza Avenue
                                                                Haverhill, MA  01830

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                **Bar Number if applicable**  552558

Interpreter:   ☐ Yes  ☒ No     **List language and/or dialect:**  _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

        ☐ **Warrant Requested**       ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ **Already in Federal Custody as**  _____   in  _____ .
☐ **Already in State Custody**  _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by  CBS  _____   on   07/02/04

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:  09/22/04          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    James R. Gardner _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3   21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Sheet** **04 CR 1 0 2 8 8 NG** **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__    Category No. __II__    Investigating Agency __DEA__

City __Gloucester__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Philip R. Albert, Jr.__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __10 Babson Street, Gloucester, MA__

Birth date (Year only): __1977__  SSN (last 4 #): __8899__  Sex __M__  Race: __W__    Nationality: _____

Defense Counsel if known: __John Andrews & Marc Salinas__    Address: __70 Washington Street, Suite 211__
__Salem, MA 01970__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__    Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __06/30/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __CBS__    on __07/02/04__

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __09/22/04__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Philip R. Albert, Jr. _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3   21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

**04 CR 1 0 2 8 8 NG**

JS 45 (5/97) - (Revised USAO MA 1/5/98)

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Peabody__          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Peabody__                      **Related Case Information:**

**County** __Essex__                      Superseding Ind./ Inf. _____    Case No. _____
                                          Same Defendant _____    New Defendant _____
                                          Magistrate Judge Case Number  __04-MJ-01809-CBS__
                                          Search Warrant Case Number  _____
                                          R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Jared Knowlton__                    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  __11 Tolman Avenue, Gloucester, MA__

Birth date (Year only):  __1974__  SSN (last 4 #):  __1719__  Sex __M__  Race: _____  Nationality: _____

**Defense Counsel if known:**    Michael F. Natola        **Address:** 240 Commercial Street, Suite 2B
                                                                    Boston, MA  02109

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  __David G. Tobin__                    **Bar Number if applicable**  552558

**Interpreter:**    ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

            ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**    __06/30/04__

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☒ On Pretrial Release:    Ordered by  __CBS__        on  __07/02/04__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  09/22/04            **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jared Knowlton _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/7/2001)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester     **Category No.** II     **Investigating Agency** DEA

**City** Gloucester     **Related Case Information:**

**County** Essex
| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 04-MJ-01809-CBS |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Archibald MacLeod     Juvenile ☐ Yes ☐ No

**Alias Name** _____

**Address** 124-Rear Centennial Avenue, Gloucester, MA

**Birth date (Year only):** _____ **SSN (last 4 #):** _____ **Sex** ___ **Race:** _____ **Nationality:** _____

**Defense Counsel if known:** Roger Witkin     **Address:** 6 Beacon Street, Suite 1010
Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin     **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**     ☒ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/12/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by CBS on 07/12/04

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04     **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Archibald MacLeod _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/1/05)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  2          Investigating Agency  DEA

City   Gloucester                      Related Case Information:

County   Essex                         Superseding Ind./ Inf.  _____    Case No.  _____
                                       Same Defendant  _____    New Defendant  _____
                                       Magistrate Judge Case Number   04-MJ-01809-CBS
                                       Search Warrant Case Number  _____
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Giuseppe S. Torrente                    Juvenile   ☐ Yes   ☒ No

Alias Name   Joseph Torrente

Address   9 Fleetwood Drive, Gloucester, MA

Birth date (Year only):  1980  SSN (last 4 #):  9986  Sex  M  Race:  W       Nationality:  _____

**Defense Counsel if known:**   Stephen D. Judge        Address:  23 Central Avenue #605
                                                                   Lynn, MA  01901
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                    Bar Number if applicable  552558

Interpreter:   ☐ Yes  ☒ No       List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**    07/15/04

☐ Already in Federal Custody as  _____    in  _____ .
☐ Already in State Custody  _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS        on  07/15/04

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty  _____    ☐ Misdemeanor  _____    ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**   09/22/04              **Signature of AUSA:**  _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    Giuseppe S. Torrente** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)