*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL ACTION
v.                                   NO. 04-10288-NG

JOSE MELO
GIUSEPPE TORRENTE

        Defendant,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main Street          Date and Time:
Worcester, MA 01608     **October 5, 2004, 9:45 A.M.**
_____
Type of Proceeding:

**ARRAIGNMENT**


_____
                                         CHARLES B. SWARTWOOD, III
                                         MAGISTRATE JUDGE


<u>September 28, 2004</u>       /s/ Lisa B. Roland
Date                          Lisa B. Roland,
                             Deputy Clerk
                             (508) 929-9905


cc: All counsel