UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** |
| CARLOS ESPINOLA, ET AL Defendants, | ) ) ) ) | **NO. 04-10288-RWZ** |

**ORDER OF EXCLUDABLE TIME**
**November 17, 2004**

**SWARTWOOD, M.J.**

　　It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 18, 2004 (date of expiration of prior order of excludable time) through January 27, 2005 (date by which the initial stage of discovery will be completed and by which date a decision shall be rendered on pending motions) shall be excluded from the Speedy Trial Act.

　　　　　　　　　　　　　　　　　　/s/Charles B. Swartwood, III
　　　　　　　　　　　　　　　　　　CHARLES B. SWARTWOOD, III
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE