**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | **CRIMINAL ACTION** |
|  | ) | **NO. 04-10288-RWZ** |
| CARLOS ESPINOLA, ET AL | ) | |
| Defendants, | ) | |

**ORDER OF EXCLUDABLE TIME**
**January 31, 2005**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 27, 2005 (date of expiration of prior order of excludable time) through March 18, 2005 (date by which the Government is to file its opposition to Defendants' consolidated motion for discovery) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE