# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.            )<br>)<br>)<br>)<br>CARLOS ESPINOLA, ET. AL.,  )<br>    Defendant      )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10288-RWZ** |

### ORDER
### FEBRUARY 11, 2005

**SWARTWOOD, Chief M.J.**

    This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings.  Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case <u>shall</u> be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.

                                                 <u>/s/Charles B. Swartwood, III</u>
                                                 CHARLES B. SWARTWOOD, III
                                                 CHIEF MAGISTRATE JUDGE