UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CARLOS ESPINOLA, ET AL )<br>Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10288-RWZ** |

**ORDER OF EXCLUDABLE TIME**
**June 22, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 19, 2005 (date of expiration of prior order of excludable time) through June 21, 2005 (date by which all discovery issues have been resolved) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE