UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)   CRIMINAL NO. 04-10288 RWZ
)
V.                       )
)
)
JOSE MELO                )

### MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT

Now comes the defendant in the above-captioned matter and moves this Honorable Court to ORDER the United States Probation Department to provide a pre-plea probation sentencing report. As grounds therefore, undersigned counsel and the defendant request this information to better weigh the defendant's options and to be better informed on the consequences of pleading guilt versus going to trial.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 27TH DAY OF JULY, 2005.

_____
Stephen Neyman
160 State Street
8th Floor
Boston, MA 02109-2502
617-263-6800
B.B.O. # 551576

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO.  04-10288 RWZ |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| JOSE MELO | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005 I caused a copy of MOTION FOR PRE-PLEA PROBATION SENTENCING REPORT to be served on Assistant United States Attorney David Tobin, John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 9200. Boston, Massachusetts  02210 by placing the same in the United States mail, postage prepaid.

_____
Stephen Neyman