UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 04-10288 RWZ
)
V. )
)
)
JOSE MELO )

MOTION FOR CLARIFICATION OF DEFENDANT'S OBLIGATIONS
UNDER 18 U.S.C. §3553(f) AND UNITED STATES V. MATOS

The defendant moves this Court for a hearing to determine his obligations under 18 U.S.C. §3553(f) and United States v. Matos, 328 F.3d 34 (1st Cir. 2003). As grounds therefore, the defendant states:

1. That the government and the defendant are attempting to resolve this matter short of trial;

2. That the Assistant United States Attorney and undersigned counsel disagree on the defendant's obligations relative to the "safety valve" provisions of 18 U.S.C. §3553(f) as discussed in United States v. Matos, 328 F.3d 34 (1st Cir. 2003).

3. A judicial clarification may at this time expedite a resolution of this matter.

Jose Melo,
By his attorney,

_____
Stephen Neyman
160 State Street
8th Floor
Boston, MA 02109-2502
617-263-6800
B.B.O. # 551576

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.  04-10288 RWZ |
| ) | |
| V.                     ) | |
| ) | |
| ) | |
| JOSE MELO              ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006 I caused a copy of MOTION FOR CLARIFICATION OF DEFENDANT'S OBLIGATIONS UNDER 18 U.S.C. §3553(f) AND UNITED STATES V. MATOS to be served on Assistant United States Attorney David Tobin, John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 9200. Boston, Massachusetts 02210 by placing the same in the United States mail, postage prepaid.

_____
Stephen Neyman