UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



UNITED STATES OF AMERICA      )  CRIMINAL NO.  04-10288 RWZ
                              )
                              )
         v.                   )
                              )
                              )
    JOSE MELO                 )

MOTION TO SCHEDULE HEARING ON CHANGE OF PLEA

Pursuant to Federal Rule of Criminal Procedure 11 the defendant moves this Court to schedule a hearing on a change of plea. It is further requested that this matter be scheduled for the afternoon on March 17, 2006. In support of this motion undersigned counsel states:

1. That Jose Melo now wishes to plead guilty to the indictment before this Court;

2. That the government has agreed to scheduling this matter for the afternoon of March 17, 2006;

3. That co-defendants are offering changes of plea on that day as well;

4. That undersigned counsel is unavailable until the afternoon that day.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 10TH DAY OF MARCH, 2006.

_____
Stephen Neyman
Attorney for Jose Melo
160 State Street
8th Floor
Boston, MA 02109-2502
617-263-6800
B.B.O. # 551576

```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )    CRIMINAL NO.  04-10288 RWZ
                         )
        V.               )
                         )
                         )
      JOSE MELO          )
```

### CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2006 I caused a copy of MOTION TO SCHEDULE HEARING ON CHANGE OF PLEA to be served on Assistant United States Attorney David Tobin, John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 9200. Boston, Massachusetts 02210 by in hand service.

_____
Stephen Neyman